1
2
3  *E-FILED*
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  JOHN RAY DYNES,                    )     No. C 13-5863 RMW (PR)
                                       )
12          Petitioner,                )     ORDER OF DISMISSAL
                                       )
13      v.                             )
                                       )
14  ALAMEDA COUNTY SUPERIOR            )
15  COURT,                             )
                                       )
16          Respondent.                )
                                       )
17  _____)

18
19          On December 4, 2013, petitioner, proceeding pro se, filed a federal petition for writ of

20  habeas corpus pursuant to 28 U.S.C. § 2254.  On December 18, 2013, the court sent petitioner a

21  clerk's notice, notifying him that his motion to proceed in forma pauperis was deficient.  On

22  January 14, 2014, the clerk's notice was returned as undeliverable due to petitioner no longer

23  being in custody.  (Docket No. 5.)  As of the date of this order, petitioner has not filed a notice of

24  change of address or submitted any further pleadings in this case.

25          Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly

26  file a notice of change of address while an action is pending.  See L.R. 3-11(a).  The court may,

27  without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court

28  has been returned to the court as not deliverable, and (2) the court fails to receive within sixty

Order of Dismissal
P:\PRO-SE\RMW\HC.13\Dynes863dis311.wpd

1  days of this return a written communication from the pro se party indicating a current address.

2  See L.R. 3-11(b).

3        More than sixty days have passed since the mail addressed to petitioner was returned as

4  undeliverable.  The court has not received a notice from petitioner of a new address.

5  Accordingly, the instant federal habeas action is **DISMISSED** without prejudice pursuant to

6  Rule 3-11 of the Northern District Local Rules.

7        The clerk shall terminate any pending motions and close the file.

8        IT IS SO ORDERED.

9  DATED: _~~DFF~~_____

        RONALD M. WHYTE

10       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN RAY DYNES,

              Plaintiff,

  v.

ALAMEDA COUNTY SUPERIOR COURT et al,

              Defendant.

_____/

Case Number: CV13-05863 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Ray Dynes 1532148
Fresno County Jail
PO Box 872
Fresno, CA 93712

Dated: March 31, 2014

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk