**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | No. C 13-5863 RMW (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| ALAMEDA COUNTY SUPERIOR COURT, | |
| Respondent. | |

The court has dismissed the instant action without prejudice for petitioner's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

DATED: _____          /s/ Ronald M. Whyte

Order of Dismissal
P:\PRO-SE\RMW\HC.13\Dynes863jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>             Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SUPERIOR COURT et al,<br><br>             Defendant.                              / | Case Number: CV13-05863 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Ray Dynes 1532148
Fresno County Jail
PO Box 872
Fresno, CA 93712

Dated: March 31, 2014

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk